UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC JAMES SIMPSON,

       Plaintiff,

                                         Case No: 1:24-cv-1232

v.

                                         HON. ROBERT J. JONKER

RANDEE REWERTS et al.

       Defendants.

_____/

**ORDER APPROVING AND ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 28, 2026 (ECF No. 39). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 39) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to deny or stay Defendants' motion for summary judgment (ECF No. 19), motion for extension of time to complete discovery (ECF No. 30), and motion to amend complaint (ECF No. 34) are DENIED. Defendants' motion for summary judgment (ECF No. 12) is **GRANTED** and the case is **TERMINATED**.

Dated:    February 24, 2026            /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE